## STATEMENT OF FACTS

      On Friday, November 17, 2005, at about 7:05 p.m., sworn officers with the Metropolitan Police Department's Sixth District saw the defendant, Erick Cameron, when they entered the 300 block of Ridge Road, S.E., Washington, D.C. When the defendant saw officers he started to run. As the defendant was running, officers saw him pull out a handgun, and toss the gun under a car. Recovered from under the car officers saw the defendant toss the gun, was a loaded 9mm Mac-11 type machine gun. Before officers stopped the defendant, they saw him toss 2 large sandwich bags. Officers recovered one sandwich bag containing 2 large loose white rock-like substance, and the other sandwich bag with 10 zips containing a green weed-like substance. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. Officers placed the defendant under arrest. The white rock-like substance appeared to be crack cocaine. The approximate weight of the suspected crack cocaine was 18.7 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                        OFFICER PETER SHAW
                                        SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2005.

                                        U.S. MAGISTRATE JUDGE